No. 657. JOSEPH HENRY BASH, ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM HOWALD. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted June 4, 1917. Decided June 11, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Parker* v. *McLain*, 237 U. S. 469; *Stewart* v. *Kansas*

*City*, 239 U. S. 14; *In re Neagle*, 135 U. S. 55; *In re Delgado*, 140 U. S. 586, 588. *Mr. P. C. Simons* for plaintiffs in error. *Mr. J. B. Ferguson* for defendant in error.